```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    CENTRAL DISTRICT OF CALIFORNIA
10                           EASTERN DIVISION
11  JOE BATAN HENDERSON,        ) Case No. EDCV 09-1190-SJO(AJW)
                                )
12              Petitioner,     )
                                )
13  vs.                         )
                                ) JUDGMENT
14  JOHN MARSHALL,              )
                                )
15              Respondent.     )
    _____ )
16
17       It is hereby adjudged that the petition for a writ of habeas
18  corpus is denied.
19
20  Dated: February 25, 2012
21                                         _____
22                                         S. James Otero
                                           United States District Judge
23
24
25
26
27
28
```